| | |
|---|---|
| ANDERSON & KARRENBERG<br>THOMAS R. KARRENBERG (#3726)<br>JARED SCOTT (#15066)<br>50 West Broadway, Suite 700<br>Salt Lake City, UT 84101<br>Telephone: 801/534-1700<br>801/364-7697 (fax)<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DAVID W. MITCHELL<br>BRIAN O'MARA<br>STEVEN M. JODLOWSKI<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) | BOIES SCHILLER FLEXNER LLP<br>SCOTT E. GANT<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 202/237-2727<br>202/237-6131 (fax)<br>  and<br>CARL GOLDFARB<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: 954/356-0011<br>954/356-0022 (fax) |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J. Thompson, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>1-800 Contacts, Inc., et al.,<br><br>                  Defendants. | No. 2:16-cv-01183<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Tena Campbell<br><br>Magistrate Judge: Hon. Dustin B. Pead |

## NOTICE OF FILING STIPULATION AND [PROPOSED] PROTECTIVE ORDER

     Plaintiffs, by and through undersigned counsel, hereby provide this notice of filing of the parties' agreed Stipulation and [Proposed] Protective Order, attached hereto as Ex. A.

| | |
|---|---|
| DATED: August 28, 2018 | RESPECTFULLY SUBMITTED,<br><br>BOIES SCHILLER FLEXNER LLP<br>CARL E. GOLDFARB (Admitted *Pro Hac Vice*)<br><br>               /s/ Carl E. Goldfarb<br>             CARL E. GOLDFARB |

- 1 -

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: 954/356-0011
954/356-0022 (fax)

BOIES SCHILLER FLEXNER LLP
SCOTT E. GANT (Admitted *Pro Hac Vice*)
1401 New York Ave., NW
Washington, DC 20005
Telephone: 202/237-2727
202/237-6131 (fax)

Steven M. Jodlowski
David W. Mitchell
Brian O'Mara
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

Jared Scott (Bar No. 15066)
50 West Broadway, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 534-1700
Fax: (801) 364-7697

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2018, I caused a true and correct copy of the **NOTICE OF FILING STIPULATION AND [PROPOSED] PROTECTIVE ORDER** to be served via CM/ECF to all counsel of record.

/s/Carl E. Goldfarb
Carl E. Goldfarb