IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| J THOMPSON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:16-cv-01183<br><br><u>CLASS ACTION</u><br><br>Honorable Judge Tena Campbell<br><br>Honorable Magistrate Judge Dustin B. Pead<br><br>ORDER STAYING DEADLINES AS TO DEFENDANTS VISION DIRECT, INC., WALGREENS BOOTS ALLIANCE, INC. AND WALGREEN CO. |

Having reviewed the Notice of Agreement to Settle as to defendants Vision Direct, Inc. ("Vision Direct"), Walgreens Boots Alliance, Inc. and Walgreen Co. ("Walgreens," collectively with Vision Direct referred to as "WAG/VD"), the Court stays all deadlines as to WAG/VD pending filing of the settlement and motion for preliminary approval.  (ECF No. 259.) The stay does not apply to, or otherwise affect, the deadlines for the remaining non-settling defendant, 1-800 Contacts, Inc.

IT IS SO ORDERED.

DATED:  September 18, 2019 _____
Dustin B. Pead
UNITED STATES MAGISTRATE JUDGE