IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J THOMPSON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>1-800 CONTACTS, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | No.: 2:16-cv-01183-TC<br><br>**FOURTH AMENDED SCHEDULING ORDER**<br><br>Honorable Judge Tena Campbell<br><br>Honorable Magistrate Judge Dustin D. Pead |

This Court, having reviewed Defendant 1-800 Contacts' Motion to Set a Briefing Schedule, Dkt. No. 298, hereby enters this amended scheduling order:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for propounding written fact discovery | April 27, 2020 | Unchanged |
| Deadline for plaintiffs to file their reply in support of class certification and rebuttal | May 1, 2020 | Unchanged |
| Deadline for supplementing discovery responses under Rule 26(e) | May 8, 2020 | Unchanged |
| Plaintiffs' and Defendant's deadline to file any Motions to exclude expert(s) | TBD | May 22, 2020 |
| Plaintiffs' and Defendant's deadline to respond to Motions to exclude expert(s) | TBD | June 12, 2020 |
| Plaintiffs' and Defendant's deadline to file any reply to Responses | TBD | July 2, 2020 |
| Fact discovery cut-off | July 9, 2020 | Unchanged |
| Plaintiffs' initial expert reports due | July 9, 2020 | Unchanged |
| Defendants' expert rebuttal reports due | September 8, 2020 | Unchanged |
| Plaintiffs' reply reports due | October 30, 2020 | Unchanged |
| Deadline for supplementation of disclosures under Rule 26(a)(3) | Unchanged* | Unchanged |
| Expert discovery cut-off | December 9, 2020 | Unchanged |
| Deadline for filing dispositive motion(s) | January 8, 2021 | Unchanged |
| Deadline for response to dispositive motion(s) | March 11, 2021 | Unchanged |
| Deadline for reply in support of dispositive motion(s) | April 22, 2021 | Unchanged |
| Joint pre-trial order | TBD | TBD |
| Trial date | TBD | TBD |

*Two business days before expert deposition

IT IS SO ORDERED.

DATED: March 16th , 2020

_____
DUSTIN B. PEAD
UNITED STATES MAGISTRATE JUDGE

**Error! Unknown document property name.**