IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| J THOMPSON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC., et al.,<br><br>Defendants. | ORDER GRANTING APPLICATION FOR LEAVE TO FILE OVERLENGTH MEMORANDA IN SUPPORT OF MOTIONS FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENTS, APPROVAL OF THE PLAN OF DISTRIBUTION, AND FINAL CERTIFICATION OF THE SETTLEMENT CLASSES, AND (2) AWARD OF FEES, COSTS, AND SERVICE AWARDS<br><br>Case No. 2:16-CV-1183-TC-DBP |

Having Reviewed Plaintiffs' Application for Leave to File Overlength Memoranda in Support of Motions for (1) Final Approval of Class Action Settlements, Approval of the Plan of Distribution, and Final Certification of the Settlement Classes, and (2) Award of Fees, Costs, and Service Awards (ECF No. 327), the Court hereby orders:

Plaintiffs' application is GRANTED. The page limit for Plaintiffs' (1) Motion for Final Approval of Class Action Settlements, Approval of the Plan of Distribution, and Final Certification of the Settlement Classes; and (2) Motion for Award of Fees, Costs, and Service

1

Awards, is extended from 10 pages to 25 pages for each motion.

IT IS SO ORDERED this 19th day of August, 2020.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge