AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

J. THOMPSON, et al.,

        Plaintiffs,

v.

1-800 CONTACTS, INC., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-1183-TC-DBP

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

_____

October 20, 2020

*Date*

BY THE COURT:

_Tena Campbell_
U.S. District Court Judge Tena Campbell